IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| TIMOTHY SMITH,<br>Individually and on Behalf of All Others<br>Similarly Situated<br><br>V.<br><br>ROWDY FARMS, LLC, d/b/a 1845 Oilfield<br>Transport, ET AL. | §<br>§<br>§<br>§<br>§   NO. MO:18-CV-043 DC<br>§<br>§<br>§ |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Plaintiff's Motion to Dismiss With Prejudice (Doc. 12) filed January 21, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 24th day of January, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE